# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>          Plaintiff,<br><br>   v.<br><br>R. DAVIS, M.D., et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:06-CV-00092-AWI-SMS-P<br><br>ORDER REQUIRING PLAINTIFF TO PAY $250.00 FILING FEE IN FULL OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |

      Plaintiff Elonza Jesse Tyler ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 27, 2006, but neither paid the $250.00 filing fee in full nor filed an application to proceed in forma pauperis.

      The Clerk's Office shall send plaintiff an application to proceed in forma pauperis by a prisoner. Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $250.00 filing fee in full or file an application to proceed in forma pauperis. The failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

**Dated:**    January 31, 2006                  /s/ Sandra M. Snyder
i0d3h8                                        UNITED STATES MAGISTRATE JUDGE