1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   ELONZA JESSE TYLER,              )          1:06-cv-00092-AWI-SMS PC
                                       )
12        Plaintiff,                   )          ORDER DIRECTING SERVICE
                                       )          BY THE UNITED STATES MARSHAL
13        v.                           )          WITHOUT PREPAYMENT OF COSTS
                                       )
14   R. DAVIS, M.D., et al.,           )
                                       )
15                                     )
          Defendants.                  )
16   _____ )

17        Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court previously

18   ordered plaintiff to provide information for service of process on form USM-285, sufficient copies of

19   the complaint for service, and a notice of compliance.   Plaintiff has filed the required papers.

20   Accordingly, IT IS HEREBY ORDERED that:

21        1. The Clerk of the Court is directed to forward the following documents to the United States

22   Marshal:

23             (1)     One completed and issued summons for each defendant to be served;

24             (2)     One completed USM-285 form for each defendant to be served;

25             (3)     One copy of the amended complaint filed on September 15, 2006, for each

26                     defendant to be served, plus an extra copy for the Marshal;  and

27             (4)     One copy of this order for each defendant to be served, plus an extra copy for the

28                                                  1

1    Marshal.

2    (5)    One copy of the court's consent form for <u>each</u> defendant to be served.

3    2. Within ten days from the date of this order, the United States Marshal is directed to notify the

4    following defendants of the commencement of this action and to request a waiver of service in

5    accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c):

6    **DR. R. DAVIS**

7    **DR. D. SMITH**

8    **R. JACKMAN, PHYSICAL THERAPIST**

9    **K. MENDOZA POWERS, WARDEN**

10    **S. MADRUGA, MEDICAL APPEALS ANALYST**

11    3. The U.S. Marshal is directed to retain the summons and a copy of the complaint in their

12    file for future use.

13    4. The United States Marshal shall file returned waivers of service as well as any requests for

14    waivers of service that are returned as undelivered as soon as they are received.

15    5. If a waiver of service is not returned by a defendant within sixty days of the date of mailing

16    the request for waiver, the United States Marshal shall:

17    a.  Personally serve process and a copy of this order upon the defendant pursuant to

18    Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.  § 566(c) and shall command

19    all necessary assistance from the California Department of Corrections (CDC) to execute this

20    order.  The United States Marshal shall maintain the confidentiality of all information

21    provided by the CDC pursuant to this order.

22    b.  Within ten days after personal service is effected, the United States Marshal shall

23    file the return of service for the defendant, along with evidence of any attempts to secure a

24    waiver of service of process and of the costs subsequently incurred in effecting service on

25    said defendant.  Said costs shall be enumerated on the USM-285 form and shall include the

26    costs incurred by the Marshal's office for photocopying additional copies of the summons and

27    complaint and for preparing new USM-285 forms, if required.  Costs of service will be taxed

28    2

against the personally served defendant in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6.  In the event that defendants make an appearance in this action by filing an answer, dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve those defendants.

7.  In the events that defendants either waive service or are personally served, defendants are required to reply to the complaint.  42 U.S.C. § 1997e(g)(2).

IT IS SO ORDERED.

**Dated:**   **April 25, 2007**            _____**/s/ Sandra M. Snyder**_____
                                            UNITED STATES MAGISTRATE JUDGE

3