# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, | CASE NO. 1:06-cv-00092-AWI-SMS PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT SMITH |
| v. | |
| R. DAVIS, M.D., et al., | (Doc. 18) |
| Defendants. | |

Plaintiff Elonza Jesse Tyler ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On August 27, 2007, defendant Smith filed an answer to plaintiff's complaint.

Application of the discovery and scheduling order filed on July 6, 2007, is HEREBY EXTENDED to defendant Smith. (Doc. 18.)

IT IS SO ORDERED.

**Dated:   August 28, 2007**           /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE