# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>        Plaintiff,<br><br>    v.<br><br>R. DAVIS, M.D., et al.,<br><br>        Defendants. | CASE NO. 1:06-cv-00092-AWI-SMS PC<br><br>ORDER VACATING ORDER TO SHOW CAUSE, AND GRANTING PLAINTIFF'S MOTION FOR FOURTH ORDER INITIATING SERVICE ON DEFENDANT DAVIS<br><br>(Docs. 34 and 36) |

Plaintiff Elonza Jesse Tyler ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed on September 15, 2006. (Doc. 10.) On April 25, 2007, the Court directed the United States Marshal to initiate service on five defendants. (Doc. 13.) Four of the five defendants subsequently made an appearance in this action. (Docs. 17, 22, 27.) However, the Marshal was unable to locate and serve Defendant Davis. (Doc. 24.)

On October 25, 2007, the Court directed the Marshal to initiate re-service on Defendant Davis at his address of record with the medical board. The Marshal was again unable to locate and serve Defendant Davis.[1] (Doc. 28.) Through a public records search, the Court identified another possible address for Defendant and directed the Marshal to initiate re-service for the second time on March 31, 2008. The Marshal was again unsuccessful and returned the USM-285 form with service

---

[1] Defendant's medical license status is delinquent, and the mail sent by the Marshal was returned by the post office with the notation "unable to forward."

1

un-executed.[2] (Doc. 32.) On May 8, 2008, in response, the Court issued an order requiring Plaintiff to show cause why Defendant Davis should not be dismissed from this action. (Doc. 34.)

On May 12, 2008, Plaintiff filed a motion seeking the issuance of a fourth order directing the Marshal to initiate service on Defendant Davis. Because the motion is dated May 4, 2008, the Court concludes it was drafted and mailed prior to receipt by Plaintiff of the order to show cause filed on May 8, 2008. For the reasons set forth below, the Court finds that Plaintiff is entitled to re-service and the Court shall discharge its order to show cause.

On January 26, 2006, Plaintiff filed three civil rights suits. Relevant to the service issue is case number 1:06-cv-00090-LJO-DLB PC Tyler v. Rocha, et al., and the Court takes judicial notice of the proceedings in that action. R. Davis, M.D. is named as a defendant in this case and in 06-00090. United State Magistrate Judge Dennis L. Beck ordered the initiation of service in case number 06-00090 by order filed November 21, 2007. The first attempt to serve Davis in 06-00090 was unsuccessful and the service documents were returned un-executed on January 28, 2008. As in this case, the waiver was returned un-executed with a notation that it was undeliverable and there was no forwarding information. On February 29, 2008, Judge Beck issued a second service order requiring the Marshal to contact CDCR's Legal Affairs Division for assistance. A waiver of service was thereafter executed by Deputy Attorney General William J. Douglas on Defendant's behalf, and filed with the Court on April 28, 2008. Defendant Davis, through his counsel, filed an answer in 06-00090 on May 9, 2008.

The conclusion that Defendant is capable of being located is inescapable, and the Court further suspects that Defendant has refused his mail in an effort to evade service. The Court will not tolerate evasion of service, and it has and will issue sanctions if it finds such a situation has occurred.[3] As a courtesy and in an attempt to avoid any further unnecessary expenditure of resources by this Court and by the Marshal, the Court will provide Defendant Davis with one more opportunity to waive service. If Defendant Davis fails to waive service and causes the Marshal to have to travel

---

[2] The post office again returned the mail with the notation "unable to forward."

[3] The Court takes judicial notice of the sanctions proceedings in case number 1:01-cv-06396-LJO-SMS PC Robins v. Ritchie, et al., arising out of a former CDCR employee's attempt to evade personal service.

to personally serve him, Defendant will be assessed the cost of service, a cost which will not be insignificant given the distance between the Marshal's office and the location of Defendant's place of residence. Further, if personal service must be made and after an appearance has been made, Defendant will be required to personally appear to show cause why sanctions should not be imposed against him. The Clerk's Office will be directed to provide the Marshal with this order along with the service order.

      Accordingly, it is HEREBY ORDERED that:

1. The order to show cause filed on May 8, 2008, is VACATED; and
2. Plaintiff's motion for a fourth order directing the Marshal to serve Defendant Davis, filed May 12, 2008, is GRANTED.

IT IS SO ORDERED.

**Dated:   May 14, 2008**          /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE