# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>            Plaintiff,<br><br>     v.<br><br>R. DAVIS, M.D., et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:06-cv-00092-AWI-SMS PC<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 42)<br><br>THIRTY-DAY DEADLINE |

On June 2, 2008, Plaintiff filed a motion seeking an extension of time to file an opposition to Defendants' motion for summary judgment. Plaintiff's motion is HEREBY GRANTED, and his opposition is due within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

**Dated:    July 9, 2008**                              **/s/ Sandra M. Snyder**
                                                                    UNITED STATES MAGISTRATE JUDGE