IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>        Plaintiff,<br><br>    vs.<br><br>R. DAVIS, et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-00092-AWI-SMS (PC)<br><br>ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT<br><br>(DOCUMENT #48)<br><br>THIRTY-DAY DEADLINE |

On August 11, 2008, plaintiff filed a motion to extend time to file an opposition to defendants' motion for summary judgment.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an opposition.

IT IS SO ORDERED.

**Dated:    August 19, 2008**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE