# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>            Plaintiff,<br><br>     v.<br><br>R. DAVIS, M.D., et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:06-cv-00092-AWI-SMS PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUPPLEMENT OPPOSITION, NUNC PRO TUNC TO SEPTEMBER 23, 2008<br><br>(Doc. 51) |

On September 15, 2008, Plaintiff filed a motion seeking leave to file supplemental exhibits to his opposition to Defendants' motion for summary judgment, and on September 23, 2008, Plaintiff filed the supplemental exhibits.

Plaintiff's motion is HEREBY GRANTED, nunc pro tunc to September 23, 2008.

IT IS SO ORDERED.

**Dated:   January 13, 2009**               /s/ Sandra M. Snyder
                                                              UNITED STATES MAGISTRATE JUDGE

1