# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. DAVIS, M.D., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00092-AWI-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO SET FOR TRIAL<br><br>(Docs. 39 and 55) |

　　　　Plaintiff Elonza Jesse Tyler ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On January 13, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. The parties have not filed objections.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations, filed January 13, 2009, is adopted in full;

///

1

2. Defendants Jackman, Mendoza-Powers, and Madruga's motion for summary adjudication on the claims against them is GRANTED;

3. Defendant Smith's motion for summary adjudication on the claim against him is DENIED; and

4. This matter is referred back to the Magistrate Judge to set for trial.

IT IS SO ORDERED.

Dated: **March 12, 2009**           /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE