IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>    Plaintiff,<br><br>vs.<br><br>R. DAVIS, et al.,<br><br>    Defendants.<br>_____/ | 1:06-cv-00092-AWI-SMS (PC)<br><br>**ORDER GRANTING DEFENDANT DAVIS'S FIRST MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT, AND TO FILE OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>(DOCUMENT #62)<br><br>DEADLINE: MAY 15, 2009 |

On April 10, 2009, Defendant R. Davis filed a motion for an extension of time to file a reply to Plaintiff's opposition to motion for summary judgment (Docket Item 61), and to file an opposition to Plaintiff's cross-motion for summary judgment (Docket Item 60). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Defendant R. Davis is granted an extension of time, up to and including May 15, 2009, to file both a reply to Plaintiff's opposition to Defendant Davis's motion for summary judgment, and an opposition to Plaintiff's cross-motion for summary judgment. Defendant Davis need not respond to Plaintiff's filing on April 3, 2009 (Docket Item 60).

IT IS SO ORDERED.

**Dated:**    **April 13, 2009**               **/s/ Sandra M. Snyder**
                                                                         UNITED STATES MAGISTRATE JUDGE