# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDELL EARL MARTIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEANNE S. WOODFORD, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:08-cv-00415-LJO DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FURNISH FURTHER INFORMATION FOR INITIATION OF SERVICE OF PROCESS<br><br>(Docs. 21, 23) |

Plaintiff Claudell Earl Martin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's complaint, filed on March 21, 2008. (Doc. 1.) On February 3, 2009, the Court issued an order directing the United States Marshal to initiate service of process on eight defendants. (Doc. 17.) The Marshal was unable to locate and serve Defendants R. Fisher and McGuiness and on April 2, 2009, the Marshal returned the USM-285 form to the Court. (Doc. 21, 23.)

Within thirty days from the date of service of this order, Plaintiff shall provide the Court with further information to assist the Marshal in serving defendants. From Plaintiff's complaint, it appears that defendant R. Fisher served as facility captain at Kern Valley State Prison on February 5, 2007 and that defendant McGuinness served as a doctor at Kern Valley State Prison on August 5, 2005. If Plaintiff can remember other details that might assist the Court and the Marshall, Plaintiff shall so inform the Court.

//

1

1     Accordingly, based on the foregoing, it is HEREBY ORDERED that within **thirty (30) days**
2 from the date of service of this order, Plaintiff shall provide the Court with any and all information
3 he has that might help the Marshal identify and serve defendants R. Fisher and McGuinness.

4     IT IS SO ORDERED.

5     Dated:   **April 13, 2009**                 /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE