# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>        Plaintiff,<br><br>   v.<br><br>R. DAVIS, M.D., et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-00092-SMS PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING AND JURY TRIAL FROM JUDGE ISHII'S CALENDAR TO JUDGE SNYDER'S CALENDAR<br><br>(Doc. 79)<br><br><u>Telephonic Trial Confirmation</u><br><u>Hearing</u>:   June 28, 2010, at 10:30 a.m. in Courtroom 7 (SMS)<br><br><u>Jury Trial</u>:   August 3, 2010, at 8:30 a.m. in Courtroom 7 (SMS) |

This matter is currently set for telephonic trial confirmation hearing before the Honorable Anthony W. Ishii on June 28, 2010, at 3:00 p.m. in Courtroom 2, and for jury trial before the Honorable Anthony W. Ishii on August 3, 2010, at 8:30 a.m. in Courtroom 2.

Following the reassignment of this case to the undersigned, the telephonic trial confirmation hearing and jury trial are HEREBY CONTINUED from Judge Ishii's calendar to the calendar of the undersigned, and **the telephonic trial confirmation hearing is moved from 3:00 p.m. to 10:30 a.m.** Counsel for Defendant SHALL arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and SHALL initiate the telephonic hearing at **(559) 499-5690**.

IT IS SO ORDERED.

**Dated:   February 19, 2010**           /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE