# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. DAVIS, M.D., et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00092-SMS PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL CONFIRMATION HEARING AND JURY TRIAL<br><br>(Docs. 75, 77, 80, 87)<br><br>Telephonic Trial Confirmation<br><u>Hearing</u>:　Sept. 8, 2010, at 10:00 a.m. in Courtroom 7 (SMS)<br><br><u>Jury Trial</u>:　Oct. 27, 2010, at 9:00 a.m. in Courtroom 7 (SMS) |

In the interest of conserving the resources of the parties and the Court, the jury trial set for August 3, 2010, shall be continued to October 27, 2010.[1]  Accordingly, it is HEREBY ORDERED that:

　　1.　This matter is set for telephonic trial confirmation hearing before the undersigned on **September 8, 2010, at 10:00 a.m.** in Courtroom 7;

　　2.　This matter is set for jury trial before the undersigned on **October 27, 2010, at 9:00 a.m.** in Courtroom 7; and

///

---

[1] Consolidation of this case and case number 1:04-cv-06638-LJO-SMS PC *Tyler v. Alameida, et al.* may be appropriate in light of the common issues of law and fact with respect to Defendant Dennis C. Smith.  However, the current procedural posture of case number 1:04-cv-06638-LJO-SMS prevents consolidation at this immediate juncture.

1

3. Counsel for Defendant is required to arrange for the participation of Plaintiff in the telephonic trial confirmation hearing and to initiate the telephonic hearing at **(559) 499-5690**.

IT IS SO ORDERED.

**Dated:   July 1, 2010**                            /s/ Sandra M. Snyder
                                                     UNITED STATES MAGISTRATE JUDGE