# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>              Plaintiff,<br><br>     v.<br><br>DENNIS C. SMITH,<br><br>              Defendant.<br>_____/ | CASE NO. 1:06-cv-00092-SMS PC<br><br>ORDER DENYING MOTION TO COMPEL PRODUCTION OF DOCUMENTS AS UNTIMELY<br><br>(Doc. 86) |

On June 14, 2010, Plaintiff filed a motion seeking an order compelling the production of records from the California Medical Board and the United States Marshal relating to any disciplinary actions against Defendant Smith, and any arrests and convictions of Defendant Smith.

The Court does not reach the merits of Plaintiff's motion. Discovery closed on March 14, 2008, and Plaintiff's motion is HEREBY DENIED as untimely.

IT IS SO ORDERED.

**Dated:   September 14, 2010**          /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE

1