# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, | CASE NO. 1:06-cv-00092-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR REFERRAL TO VOLUNTARY DISPUTE RESOLUTION PROGRAM |
| v. | |
| R. DAVIS, M.D., et al., | (Doc. 95) |
| Defendants. | |

Plaintiff Elonza Jesse Tyler, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 27, 2006. This action is set for jury trial on October 27, 2010, on Plaintiff's remaining Eighth Amendment medical care claim against Defendant Dennis Smith. On October 12, 2010, Plaintiff filed a motion seeking referral of this action to the voluntary dispute resolution program.

As set forth in the Pretrial Order, both parties must request a settlement conference before one will be set, and such a request must be based upon a reasonable belief that a settlement can be reached. Plaintiff's motion is THEREFORE DENIED.

IT IS SO ORDERED.

Dated:   October 15, 2010                     /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE

1