1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  ELONZA JESSE TYLER, | CASE NO. 1:06-cv-00092-SMS PC |
| 10              Plaintiff, | ORDER DENYING MOTION FOR ISSUANCE OF CIVILIAN CLOTHING |
| 11       v. | (Doc. 102) |
| 12  R. DAVIS, M.D., et al., | |
| 13              Defendants. | ORDER REQUESTING PLAINTIFF'S STATE-ISSUED CLOTHING BE TRANSPORTED WITH PLAINTIFF FOR TRIAL |
| 14 | |
| 15 | ORDER DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY OF ORDER ON LITIGATION OFFICE VIA E-MAIL |
| 16 _____ / | |

17

18     This matter is set for jury trial on October 27, 2010.  On October 18, 2010, Plaintiff Elonza

19  Jesse Tyler, a state prisoner proceeding pro se and in forma pauperis, filed a motion seeking the

20  provision of civilian clothing for trial.

21     The Court does not have civilian clothing available for issuance and there is no provision in

22  the in forma pauperis statute for the purchase of clothing.  28 U.S.C. § 1915; Tedder v. Odel, 890

23  F.2d 210, 211-12 (9th Cir. 1989) (citing United States v. MacCollum, 426 U.S. 317, 321, 96 S.Ct.

24  2086 (1976)).  Therefore, Plaintiff's motion is **DENIED**.

25     In the Court's experience, the California Department of Corrections and Rehabilitation

26  transports prisoners in cloth jumpsuits, but they may wear their state-issued clothing in the

27  courtroom as is appropriate, taking into consideration safety and security issues.  Therefore, the

28  Court **REQUESTS** that Plaintiff's state-issued chambray or denim clothing be transported with

1   Plaintiff.  Absent the presentation of safety or security issues on the morning of trial, Plaintiff may

2   wear his state issued-clothing in the courtroom.

3         The Clerk's Office is **DIRECTED** to serve a courtesy copy of this order on the Litigation

4   Office at Avenal State Prison.

5

6   IT IS SO ORDERED.

7   **Dated:     October 22, 2010**                              **/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28