# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER, | CASE NO. 1:06-cv-00092-SMS PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 103) |
| R. DAVIS, M.D., et al., | |
| Defendants. | |

This matter is set for jury trial on October 27, 2010. On October 18, 2010, Plaintiff Elonza Jesse Tyler filed a motion seeking an order precluding Defendant Dennis Smith from litigating the issue of liability and limiting jury trial to the issue of damages only, pursuant to the doctrine of collateral estoppel. See Wolfson v. Brammer, 616 F.3d 1045, 1064 (9th Cir. 2010) (doctrine of collateral estoppel precludes the relitigation of facts and law conclusively determined in prior action).

The pretrial order, filed on September 14, 2010, controls this litigation, and sets forth the disputed and undisputed facts. Fed. R. Civ. P. 16(e); Local Rule 283(c). The pretrial order may only be modified upon a showing of manifest injustice, and the deadline for objection to the pretrial order, in whole or in part, was October 1, 2010. Fed. R. Civ. P. 16(e); Local Rule 283(c). The Court's previous denial of Defendant Smith's motion for summary judgment on the ground that he failed to

///
///
///

1 meet his burden as the moving party provides no basis for the relief Plaintiff seeks and his motion
2 is HEREBY DENIED.

6 IT IS SO ORDERED.

7 **Dated:**   **October 25, 2010**                              /s/ Sandra M. Snyder
                                                                                          UNITED STATES MAGISTRATE JUDGE