

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>R. DAVIS, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:06-cv-00092-SMS (PC)<br><br>ORDER REQUIRING PRODUCTION OF PRISONER FOR TRIAL ON OCTOBER 28, 2010 AT 8:00 A.M. |

　　　Plaintiff Elonza Jesse Tyler, K-57476, shall be produced for trial before the United States District Court, at 2500 Tulare Street, Fresno, California at 8:00 a.m. on Thursday, October 28, 2010, and from day to day until completion of the proceedings or as ordered by the Court.

DATED: October 27, 2010

　　　　　　　　　　　　　　　　　　SANDRA M. SNYDER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE