


# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELONZA JESSE TYLER,<br><br>           Plaintiff,<br><br>v.<br><br>R. DAVIS, et al.,<br><br>           Defendants.<br>_____/ | Case No. 1:06-cv-00092-SMS (PC)<br><br>ORDER THAT PLAINTIFF IS NO LONGER NEEDED IN THIS PROCEEDING, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    A jury trial was held in this matter October 27, 2010 through October 28, 2010.

    Plaintiff Elonza Jesse Tyler, K-57476, is no longer needed by the Court in this proceeding, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED. The plaintiff may be transported back to the prison to which he is assigned.

DATED: October 28, 2010

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE

1