*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

```
ELONZA JESSE TYLER,
          Plaintiff,
                                    JUDGMENT IN A CIVIL ACTION
vs.
                                    1:06-cv-00092-SMS

R. DAVID, etal.,
          Defendant.
_____/
```

x       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict in favor of Defendant Smith.

         IT IS HEREBY ORDERED AND ADJUDGED that following the jury's verdict in favor of Defendant Smith on October 28, 2010, this action has concluded in its entirety. Judgment is hereby entered in favor of Defendants and against Plaintiff.  Fed. R. Civ. P. 58(b).

DATED:  November 3, 2010

                                          VICTORIA C. MINOR, Clerk


                                    By:     /s/ H.A. Herman
                                            Deputy Clerk

judgment.civ.wpd
6/4/2008